# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 2:19-bk-54806 |
| Joseph Michael Johnson<br>Kelly Lil Johnson | Chapter 7 |
| Debtors. | Judge C. Kathryn Preston |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ("Creditor"), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on August 2, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on August 2, 2019 addressed to:

Joseph Michael Johnson, Debtor
2008 Preakness Place
Marysville, OH 43040

Kelly Lil Johnson, Debtor
2008 Preakness Place
Maryville, OH 43040

                                                /s/ Molly Slutsky Simons
                                                Molly Slutsky Simons (0083702)
                                                Attorney for Creditor